UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VINCENT FOWLER,

        Petitioner,

v.

RONALD HAYNES,

        Respondent.

CASE NO. 3:22-cv-05270-RAJ-JRC

ORDER GRANTING EXTENSION

This matter is before the Court on referral from the district court and on petitioner's unopposed motion for an extension of time to file a response to respondent's answer. *See* Dkt. 30. The Court finds good cause for the extension and grants petitioner's motion. Petitioner shall file his response by March 13, 2023. Respondent shall file a reply by March 17, 2023. The Clerk is directed to renote this matter for consideration on March 17, 2023.

Dated this 1st day of March, 2023.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING EXTENSION - 1